# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE __Northern__ DISTRICT OF __Indiana__

JaVon Posey JR.
(Full name of plaintiff(s))
In propria persona

v.

Sgt. Mallot; ofc. Cook;
(Full name of defendant(s))
Lt. Clay; 2 John Doe
officers - MCF et al def.

**FILED**
**01/06/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Cause No. 1:23-cv-00056-SEB-KMB
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__ (State), and is located at __NewCastle Corr. Fac. PoBox A, NewCastle, Ind 47362__ HmH# 04-112(B) (Address of prison or jail)
(If more than one plaintiff is filing, list address on another piece of paper)

(Total 5 def.)

2. Defendant (1)Sgt. Mallot, (2)ofc. Cook, (3)Lt. Clay, (4)(2 John Doe ofc.)
(Name)
Is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at MCF-IDOC - 3038 W. 850 S. Bunker hill, IN 46914
(Address, if known)

and (if the defendant harmed you while performing defendant's job) worked for

Miami Correctional Facility - IDOC
(Employer's name and address if known)

(If you need to list more defendants, use another page)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

1) On August 2nd 2022 @ 12:50pm - 1:00pm - Sgt. Mallot; C/O Cook, Lt. Clay; "2" John Doe officers - Committed Malicious acts of physical force - That Amounting To physical injuries - While I was In Restraints & was Not A Threat what-so-ever.

2) "No Signal" was Called for misconduct or Neither a Conduct or Disciplinary Report was established for Any Act That was loot for force being Done To my Person - No Incident Report was written either

3) Excessive force was Used as: while I was In Restraints These officers 'Can on Camera' be seen pulling or hiking up my Wrist as if To dislocate it; Cutting off Blood Circulation and Grinding my wrist against the 'Cuff' part in order To Cause my increased pain & damage

4) In Affect - my Right wrist was severely swollen & Bleeding due To Cuts upon my wrist as Numbness began upon my

Nuckles & Thumb.

5) And w/ Conclusion These Tyrannical Indiana Correctional officers denied me 'Medical Attention', Thus Also denying me my 8th Amend. Right To Adequate medical assistance - As when I asked for medical Assistance They all Told me To write A request for medical Assistance - when Visible bleeding & Trauma was Noticed by The officers - They maliciously disregarded my Serious Medical Needs.

6) All incidents herein claimed occurred @ Miami Corr. facility @ 'H'-dorm cell 214 @ About 12:50 pm - 1:00 pm.

All parties herein Relayed Are under U.S. Law To protect; utilize The Constitution of The United States w/ due Care & herein These Impersonators of The Law Caused The opposite & used Excessive force Towards Nothing Justified; also did Not Afford me medical Attention for The damages These persons Caused me - only to Try and hide Their unConstitutional Acts - Knowing That, The prison was on a Longterm Lockdown So The Chances of me officially Complaining To Medical was inoperate. And Due To These Claims herein Justice Must Take it's Course. Let it Also be Known That I have severe medical - Long Standing - Trigger point Shock All The up to My Shoulder blade That Releases sharp pains down my shoulder To My Right hand; That I Now Take prescription meds for due to This Incident.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

☑ I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

1) Make All defendants Apologize

2) *One Million-five hundred U.S. dollars (1.5 million USD) - for Compensatory Relief; for exclusive long term Medical Attention

3) Punitive damages for (1.5 million $ USD) - for The 'Trauma' of "mentally distraught" as To have To endure These Acts By A United States officers exrel: The IDOC.

E.  JURY DEMAND

*Supporting Records Enclosed / Attached.*

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __21st__ day of __December__, 20__22__

Respectfully Submitted,

_Jovon Dorsey Jr._
Signature of Plaintiff

__285406__
Plaintiff's Prison ID Number

__New Castle Correctional Facility Box A,__
Plaintiff's Mailing Address

__GEo Group Inc, PO Box A, New Castle, IN- 47362__

*(If more than one Plaintiff, use an additional piece of paper)*

F.  CERTIFICATION *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Jovon Dorsey Jr._
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.